**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-60417-BLOOM/Valle**

SAMUEL M. BARBAKOFF,                         )
                                             )
              Plaintiff,                     )
                                             )
      vs.                                    )
                                             )
SUN LIFE ASSURANCE COMPANY                   )
                                             )
OF CANADA,                                   )
                                             )
              Defendant.                     )

### NOTICE OF SETTLEMENT AND

### REQUEST FOR ADMINISTRATIVE CLOSURE

Plaintiff, SAMUEL M. BARBAKOFF, hereby informs the Court that the parties have

reached an amicable settlement of this civil case in its entirety.  Plaintiff asks the Court to

administratively close this matter, subject to the right of any party to move the Court within 60

days for the entry of a stipulated form of dismissal with prejudice or, on good cause shown, to

reopen the case for further proceedings.

The undersigned Plaintiff counsel has conferred with counsel for Defendant with respect

to this Notice of Settlement.  The undersigned Plaintiff counsel has been authorized to submit

this Notice in order to alert the Court as soon as practicable.


Dated: May 31, 2017                          s / Nick A. Ortiz
                                             Nick A. Ortiz
                                             Florida Bar No. 12699
                                             Ortiz Law Firm
                                             823 E Jackson St.
                                             Pensacola, FL 32501
                                             (850) 308-7833(P)
                                             (850) 208-3613 (F)
                                             nick@nickortizlaw.com
                                             Counsel for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May, 2017, I have electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day via transmission of Notices of Electronic filing generated by CM/ECF this day on counsel for defendant SUN LIFE ASSURANCE COMPANY OF CANADA: Wm. Jere Tolton, III, Ogden & Sullivan, P.A., 113 South Armenia Ave., Tampa, FL 33609.

s / Nick A. Ortiz
NICK A. ORTIZ
Florida Bar No. 12699
NICK A. ORTIZ, P.A.
Counsel for Plaintiff
823 E. Jackson St.
Pensacola, Florida  32501
Telephone:  (850) 308-7833
Facsimile:  (850) 208-3613
Email:  nick@nickortizlaw.com