**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-60417-BLOOM/Valle**

SAMUEL M BARBAKOFF,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, ECF No. [12] ("Stipulation"), filed on July 21, 2017. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [12]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 17-cv-60417-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 24th day of July, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record